March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

FERNANDO OSORNIA, Appellant

NO. 14-11-00086-CV                    V.

AMERIMEX MOTORS & CONTROLS, INC., Appellee

_____

This cause, an appeal from the order in favor of appellee, AMERIMEX MOTORS & CONTROLS, INC., signed January 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellant, FERNANDO OSORNIA, to pay all costs incurred in this appeal. We further order this decision certified below for observance.